UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MOSES TATTEN, JR.                                          CIVIL ACTION

VERSUS                                                     NO. 11-1448

ORLEANS PARISH PRISON                                      SECTION "I"(4)
SHERIFF GUSMAN

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Moses Tatten, Jr.'s 42 U.S.C. § 1983 claims against the defendants, Orleans Parish Prison, Orleans Parish Sheriff Marlin Gusman, and the John Doe defendants, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this   13th   day of June, 2012.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**